Court Copy

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**_______________ DIVISION**

Bobby Shane Pierce #105399

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 13 1998
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

v.

PB-C- 98 - 459 CASE NO.

Dawna Brown - Mary Edwards - Dr. J. Hartman
Elmer Bolia - G. David Guntharp - Cindy Lundy
Max Mobley - Merel Grassl

(Enter above the full name of defendant or defendants, in this action.)

This case assigned to District Judge Roy
and to Magistrate Judge Forster

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ______ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: N/A

Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county: ______________________



DOCUMENT NUMBER 2
JAMES W. McCORMACK
CLERK OF COURT

3. Docket Number: ______________

4. Name of judge to whom case was assigned: ______________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

II. Place of Present Confinement: Ark Dept. Of Correction Diagnostic Unit, 7500 Correctional Cir. Pine Bluff Ark. 71603

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ______

B. If your answer is YES, Attach copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C. If your answer is NO, explain why not: ______________

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: Bobby Shane Pierce #105399

Address: 7500 Correctional Cir. Pine Bluff Ark. 71603 Diagnostics Unit

Name of plaintiff: ______________

Address: ______________

Name of plaintiff: ______________

Address: ______________

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Donna Brown
Position : Infirmary Manager (North Central Unit)
Place of employment: Correctional Medical Services
Address: H.C. 62 Box 300 Calico Rock Ark. 72519-0300

Defendant: Elmer Bolio
Position : Classification Officer (North Central Unit)
Place of employment: Ark. Dept. Of Corrections
Address: H.C. 62 Box 300 Calico Rock, Ark. 72519-0300

Defendant: Max Mobley
Position : Asst. Deputy Director (Medical)
Place of employment: Ark. Dept Of Corrections
Address: P.O. Box 8707 Pine Bluff, Ark. 71603

Defendant: Mary Edwards
Position : Mail Room Supervisor (North Central Unit)
Place of employment: Ark. Dept. Of Corrections
Address: H.C. 62 Box 300 Calico Rock, Ark. 72519-0300

Defendant: G. David Guntharp
Position : Asst. Deputy Director
Place of employment: Ark Dept. Of Corrections
Address: P.O. Box 8707 Pine Bluff, Ark. 71603

Defendant: Merel Grasse (Cont Defendants)
Postition: Physican (North Central Unit)
Place Of Employment: Correctional Medical Services
Address: H.C. 62 Box 300 Calico Rock, Ark. 72519-0300

Defendant: Dr. J. Hartman
Position: Physican
Place Of Employment: Correctional Medical Services
Address: H.C. 62 Box 300 Calico Rock, Ark. 72519-0300

Defendant: Cindy Lundy
Position: Regional Administrator
Place Of Employment: Correctional Medical Services
Address: 7550 Correctional Cir. Pine Bluff, Ark. 71603

V. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Mrs Donna Brown, Infirmary Manager, Allowed A Letter (Photocopied) from The Mailroom That Mrs. M. E. Edwards Photocopied And Sent To The Classification Officer, Mr. Climon Boling, Then The Personal Letter Was Passed On To Mrs. Donna Brown to Be Placed Inside Of My Medical Jacket, At That Time All Of My Future Pending Medical Consults Were Stopped As A Result from This Personal (See Attachment Copy #2)

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$20,000 Per Each Defendant And Recieve full Medical Treatment for Injury And full Compensation for Pain And Suffering And Mental Illness.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this 06 day of October, 1998.

[signature]

Signature(s) of plaintiff(s)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Court's Case File*